UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LYDIA MCCOY                                         CIVIL ACTION

VERSUS

LORRAINE MCCORMICK, ET AL.                 NO. 22-00443-BAJ-RLB

## RULING AND ORDER

Plaintiff, a citizen of Oregon who is proceeding *pro se*, has sued Lorraine McCormick, Judge Steven Tureau, Jill Lambert, June Julien, Bridget Hanna, Michelle Robicheaux, Scott McCormick, Joseph McCoy, David Conachen, Gina Lee, the Louisiana Court of Appeal for the First Circuit, the Louisiana Supreme Court, and the fictious entities DOEs 1 through 20 (collectively "Defendants"), alleging that Defendants committed several federal and state law violations in connection with Plaintiff's divorce proceeding in Louisiana state court. (Docs. 1, 18). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 102, the "R&R")**, recommending that Plaintiff's claims against each Defendant be dismissed, *inter alia*, for insufficient service of process, failure to state a claim, and Eleventh Amendment Immunity. Plaintiff's deadline to object to the R&R has passed, without any objection from Plaintiff.

Upon de novo review, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that this matter be and is hereby **DISMISSED WITH PREJUDICE** in its entirety as follows:

**IT IS ORDERED** that Plaintiff's Motion for Declaratory Relief and Preliminary Injunction (Doc. 42) be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Default against Scott McCormick, Lorraine McCormick, and Joseph McCoy (Doc. 94) be and is hereby **DENIED.**

**IT IS FURHER ORDERED** that Plaintiff's Objections to a Magistrate Judge's Order (Docs. 85, 95) be and are hereby **DENIED.**

**IT IS FURTHER ORDERED** that David Conachen's Motion to Set Aside Entry of Default (Doc. 91) and Motion for Extension of Time to File Responsive Pleadings (Doc. 92) be and are hereby **GRANTED.**

**IT IS FURTHER ORDERED** that David Conachen's Motion to Dismiss for Insufficient Service of Process (Doc. 99) be and is hereby **GRANTED,** and that Plaintiff's claims in the Amended Complaint against David Conachen are **DISMISSED WITH PREJUDICE** for insufficient service of process and failure to state a claim.

**IT IS FURTHER ORDERED** that Judge Steven Tureau's Motion to Dismiss (Doc. 66) be and is hereby **GRANTED,** and that Plaintiff's claims in the Amended Complaint against Judge Tureau are **DISMISSED** for insufficient service of process and **DISMISSED WITH PREJUDICE** for Eleventh Amendment immunity (to the extent he is sued in his official capacity), absolute judicial immunity, and failure to

state a claim.

**IT IS FURTHER ORDERED** that the Louisiana First Circuit Court of Appeal's Motion to Dismiss (Doc. 73) be and is hereby **GRANTED**, and that Plaintiff's claims in the Amended Complaint against the Louisiana First Circuit Court of Appeal and the Louisiana Supreme Court are **DISMISSED** for insufficient service of process and failure to prosecute (with respect to the Louisiana Supreme Court) and **DISMISSED WITH PREJUDICE** for Eleventh Amendment immunity, lack of capacity to be sued, absolute judicial immunity, and failure to state a claim.

**IT IS FURTHER ORDERED** that Bridget Hanna, Jill Lambert, and June Julien's Motion to Dismiss (Doc. 75) be and is hereby **GRANTED**, and that Plaintiff's claims in the Amended Complaint against Bridget Hanna, Jill Lambert, June Julien, and Michele Robicheaux are **DISMISSED** for failure to prosecute with respect to Michele Robicheaux and **DISMISSED WITH PREJUDICE** for absolute quasi-judicial immunity, qualified immunity, and failure to state a claim.

**IT IS FURTHER ORDERED** that Gina Lee's Motion to Dismiss (Doc. 58) be and is hereby **GRANTED**, and that Plaintiff's claims in the Amended Complaint against Gina Lee are **DISMISSED** for insufficient service of process and **DISMISSED WITH PREJUDICE** for qualified immunity and failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's claims in the Amended Complaint against Scott McCormick, Lorraine McCormick, and Joseph McCoy be and are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 8th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**